BETH A. ROSS, State Bar No. 141337
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
Email: bross@leonardcarder.com

Attorneys for Defendant UNITE HERE Local 2

FILED
APR X 9 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT RADFORD<br><br>            Plaintiff,<br><br>vs.<br><br>UNITE HERE Local 2, AFL-CIO,<br><br>            Defendants. | Case No. CV 10-0745 EDL<br><br>DEFENDANT UNITE HERE LOCAL 2'S ANSWER TO COMPLAINT FOR EMPLOYMENT DISCRIMINATION |

Defendant UNITE HERE Local 2 hereby answers the allegations of the complaint filed by Wilbert Radford on February 19, 2010 as follows:

1. Defendant has no basis to admit or deny the allegations set forth in paragraphs 1 of the Complaint.

2. Admit.

3. Admit.

4. Deny.

5. Deny.

6. Deny.

7. Deny.

8. Admit.

9. Admit.

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169

DEFENDANT'S ANSWER TO COMPLAINT                1                Case No. CV10-0745 EDL

## AFFIRMATIVE DEFENSES

1. As its First Affirmative Defense, Defendant alleges that Plaintiff has failed to state a claim upon which relief can be granted.

2. As its Second Affirmative Defense, Defendant alleges that Plaintiff's claims are barred by the equitable doctrine of waiver.

3. As its Third Affirmative Defense, Defendant alleges that Plaintiff's claims are barred by the equitable doctrine of estoppel.

4. As its Fourth Affirmative Defense, Defendant alleges that Plaintiff's claims are barred by the equitable doctrine of unclean hands.

5. As its Fifth Affirmative Defense, Defendant alleges that it undertook the conduct alleged by Plaintiff in the complaint in good faith.

Dated: April 7, 2010

Respectfully submitted,

LEONARD CARDER, LLP

Beth A. Ross, Esq. *by Philip Monroe per authorization*
Attorneys for Defendant UNITE HERE Local 2

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169

DEFENDANT'S ANSWER TO COMPLAINT                2                Case No. CV10-0745 EDL

# PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On April 7, 2010, I served the following document(s):

**DEFENDANT UNITE HERE LOCAL 2'S ANSWER TO COMPLAINT FOR EMPLOYMENT DISCRMINATION**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

Wilbert Radford
137 Santa Cruz Avenue
Daly City, CA 94014
650-756-6108

☐ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

☐ **BY OVERNIGHT COURIER:** I caused such envelope(s) to be delivered via overnight mail by UPS.

☑ **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

☐ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on April 7, 2010.

Khae Saechao

- 1 -
PROOF OF SERVICE