UNITED STATES DISTRICT COURT

Northern District of California

WILBERT RADFORD,
    Plaintiff in Propia Persona,

v.

UNION LOCAL # 2,
    Defendant.

No. C 10-0745 EDL

**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**

The Court hereby refers Plaintiff to the court's Assisted Settlement Conference Program. Accordingly, it is hereby ordered:

1. That the case be assigned to the Assisted Settlement Conference Program;

2. That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

3. That the Settlement Conference shall be completed within thirty (30) days of the date of this order, or as soon thereafter as the assigned magistrate judge's calendar will allow.

IT IS SO ORDERED.

October 18, 2010
Date

Elizabeth D. Laporte
United States Magistrate Judge