UNITED STATES DISTRICT COURT

Northern District of California

WILBERT RADFORD,

    Plaintiff in Propia Persona,

   v.

UNION LOCAL #2,

    Defendant.

_____/

No. C 10-0745 EDL
C 10-2338 EDL

**ORDER REMOVING CASE FROM ASSISTED SETTLEMENT CONFERENCE PROGRAM**

The above-entitled action was assigned to the Assisted Settlement Conference Pilot Program. Unfortunately, the court has been unable to locate special counsel for plaintiff through the program. Accordingly, the court now removes this case from the Assisted Settlement Conference Pilot Program.

The settlement conference on November 2, 2010 with Magistrate Judge James shall go forward as scheduled with Plaintiff representing himself. Plaintiff has informed the Court that he has used the services of the Legal Help Center, and the Court encourages Plaintiff to meet with the attorney there regarding what to expect at the settlement conference.

IT IS SO ORDERED.

October 27, 2010
Date

Elizabeth D. Laporte
United States Magistrate Judge