JOHN F. BAUM (SBN 148366)
KRISTIN L. OLIVEIRA (SBN 204384)
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
jbaum@chklawyers.com
koliveira@chklawyers.com

Attorneys for Defendant
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.
(erroneously sued herein as St. Regis Hotel)

BETH A. ROSS (SBN 141337)
LEONARD CARDER LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: (415) 771-6400
Facsimile: (415) 771-7010
bross@leonardcarder.com

Attorneys for Defendant
UNITE HERE LOCAL 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT RADFORD,<br><br>          Plaintiff,<br><br>vs.<br><br>LOCAL UNION #2,<br><br>          Defendant.<br>WILBERT RADFORD,<br><br>          Plaintiff,<br><br>vs.<br><br>ST. REGIS HOTEL,<br><br>          Defendant. | Case No. 3:10-cv-00745-EDL<br>Case No. 3:10-cv-02338-EDL<br><br>**JOINT STIPULATION AND [PROPOSED] COURT ORDER TO CONTINUE SETTLEMENT CONFERENCE TO NOVEMBER 19, 2010**<br><br>Current SC Date:   November 2, 2010<br>Current SC Time:   10:00 a.m.<br>Settlement Magistrate Judge Maria-Elena James<br><br>**Complaint Filed:   May 27, 2010** |

1

TO THE COURT:

WHEREAS, the Settlement Conference before Magistrate Judge Maria-Elena James in the above captioned matter was originally scheduled for November 2, 2010;

WHEREAS, counsel for Defendant Starwood Hotels & Resorts Worldwide, Inc. is unavailable to attend the Settlement Conference on November 2, 2010 due to a pre-existing court hearing in Napa County Superior Court;

WHEREAS the Court has advised that November 19, 2010 is an available alternate date for the Settlement Conference; and,

WHEREAS the Pro Se Plaintiff has informed counsel for Defendant Starwood Hotels & Resorts Worldwide, Inc. that he is available at 10:00 AM on November 19, 2010;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the Settlement Conference be re-scheduled for Friday, November 19, 2010 at 10:00 a.m.

Dated: October 28, 2010                     CURIALE HIRSCHFELD KRAEMER LLP

By: /s/ John F. Baum
John F. Baum
Kristin L. Oliveira
Attorneys for Defendant
STARWOOD HOTELS & RESORTS WORLDWIDE, INC. (erroneously sued herein as St. Regis Hotel)

Dated: October 28, 2010                     LEONARD CARDER LLP

By: /s/ Beth A. Ross
Beth A. Ross
Attorneys for Defendant
UNITE HERE LOCAL 2

# [PROPOSED] COURT ORDER

Pursuant to the parties' stipulation, the Settlement Conference will be continued from November 2, 2010 to November 19, 2010 at 10:00 AM. The parties' Settlement Conference Statement shall be lodged with this Court seven (7) calendar days before the rescheduled Settlement Conference.

**IT IS SO ORDERED:**

Dated: ~~October~~ 11-2 2010         By: _____
                                          Magistrate Judge Maria-Elena James

3

JOINT STIP. AND [PROPOSED] COURT ORDER TO CONTINUE SETTLEMENT CONF. TO NOVEMBER 19, 2010; CASE NOS. 3:10-cv-00745-EDL; 3:10-cv-02338-EDL