**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT RADFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>ST. REGIS HOTEL,<br><br>        Defendant.<br>_____/ | No. C-10-02338 EDL<br>Related Case No. C-10-745 EDL<br><br>**ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

Defendant Starwood Hotels & Resorts Worldwide, Inc. and Defendant Unite Here Local 2 have filed motions for summary judgment to be heard on May 31, 2011.  The deadline for Plaintiff to file an opposition to the motions was May 10, 2011.  On May 12, 2011, Plaintiff submitted an envelope of documents which was not clearly marked as his opposition, but which the Court construes as his opposition to Defendants' motions.  The Court will accept Plaintiffs' late-filed opposition, which will be efiled.  Accordingly, Defendants may file replies to their motions for summary judgment no later than May 26, 2011.  The hearing on Defendants' motions is continued to June 14, 2011 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May _18_, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge