JOHN F. BAUM (SBN 148366)
KRISTIN L. OLIVEIRA (SBN 204384)
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443
jbaum@chklawyers.com
koliveira@chklawyers.com

Attorneys for Defendant
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.
(erroneously sued herein as St. Regis Hotel)

BETH A. ROSS (SBN 141337)
LINDSAY NICHOLAS (SBN 273063)
LEONARD CARDER LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone:  (415) 771-6400
Facsimile:  (415) 771-7010
bross@leonardcarder.com
lnicholas@leonardcarder.com

Attorneys for Defendant
UNITE HERE LOCAL 2

CURIALE HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT RADFORD,<br><br>          Plaintiff,<br><br>vs.<br><br>ST. REGIS HOTEL,<br><br>          Defendant. | Case No.  3:10-cv-02338-EDL<br>Related Case No.  3:10-cv-00745-EDL<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**COURT ORDER TO CONTINUE HEARING**<br>**ON DEFENDANTS' MOTION FOR**<br>**SUMMARY JUDGMENT**<br><br>Complaint Filed:      May 27, 2010<br>Trial Date:              August 29, 2011<br>MSJ Hearing Date:  June 14, 2011, 2:00 PM |

TO THE COURT:

WHEREAS, Defendant Starwood Hotels & Resorts Worldwide, Inc. and Defendant Unite

Here Local 2 filed respective motions for summary judgment that are currently pending before

1

1  the Court in the above consolidated cases;

2       WHEREAS, the Court continued the hearing date for the Defendants' respective motions

3  for summary judgment from May 31, 2011 to June 14, 2011 in an Order dated May 19, 2011

4  (Document 59);

5       WHEREAS, the attorneys of record for Defendant Starwood Hotels & Resorts

6  Worldwide, Inc. are not available on June 14, 2011 due to previously scheduled out-of-town

7  depositions and said depositions require travel of out-of-state witnesses and opposing counsel;

8       WHEREAS, the Court has advised that it is agreeable to continuing the hearing date on

9  the Defendants' motions for summary judgment from June 14, 2011 to **June 21, 2011**;

10       WHEREAS, Plaintiff, acting in *pro se*, informed counsel for Starwood Hotels & Resorts

11  Worldwide, Inc. on or about May 19, 2011 that he is available on June 21, 2011 for the hearing

12  on Defendants' motions for summary judgment and is agreeable to the brief continuance;

13       IT IS HEREBY STIPULATED, by and between the parties through their respective

14  counsel of record, that the hearing on Defendants' respective motions for summary judgment will

15  be continued to June 21, 2011.

16  Dated:  May 25, 2011               CURIALE HIRSCHFELD KRAEMER LLP

17

18                         By:  /s/ Kristin-L-Oliveira

19                            John F. Baum
                          Kristin L. Oliveira

20                       Attorneys for Defendant
                     STARWOOD HOTELS & RESORTS

21                       WORLDWIDE, INC. (erroneously sued herein
                     as St. Regis Hotel)

22  Dated:  May 25, 2011                   LEONARD CARDER LLP

23

24                         By:

25                            Beth A. Ross

26                           Lindsay Nicholas
                     Attorneys for Defendant

27                       UNITE HERE LOCAL 2

28

JOINT STIP. AND [PROPOSED] COURT ORDER TO CONTINUE MSJ HEARING;
CASE NOS. 3:10-cv-00745-EDL; 3:10-cv-02338-EDL

CURIALE HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CURIALE HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2  "conformed" signature (/S/) within this e-filed document.

3                                                    By: /s/ Kristin-L-Oliveira

4

5

6                                        ~~[PROPOSED]~~ COURT ORDER

7          The court hearing on the respective motions for summary judgment filed by Defendant

8  Starwood Hotels & Resorts Worldwide, Inc. and Defendant Unite Here Local 2 is continued to

9  June 21, 2011 at 2:00 PM.

10         The briefing schedule set by the court in its Order of May 19, 2011 (Document 59) will

11 not change.

12

13 **IT IS SO ORDERED:**

14

   Dated: May 27, 2011                    By: 

15                                         Magistrate Judge Elizabeth D. Laporte

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. AND [PROPOSED] COURT ORDER TO CONTINUE MSJ HEARING;
CASE NOS. 3:10-cv-00745-EDL; 3:10-cv-02338-EDL

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 727 Sansome Street, San Francisco, CA 94111. On May 25, 2011, I served the following document(s) by the method indicated below:

**JOINT STIPULATION AND [PROPOSED] COURT ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

☒ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On May 25, 2011, I caused to be served via messenger the above-listed documents.

☐ by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment   to the address(es) set forth below.

Mr. Wilbert Radford
137 Santa Cruz Avenue
Daly City, CA  94014
*Plaintiff pro se*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made. Executed on May 25, 2011 at San Francisco, California.

*Cheri McCaffrey*
Cheri McCaffrey

CURIALE HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO